IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ETHELENE JONES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REI-NATION LLC, ET AL., ) <br> ) <br> Defendants. ) <br> ) | No. 17-cv-02575-JPM-dkv |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**

The cause is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Diane K. Vescovo, filed on September 25, 2017 (ECF No. 9). In the Report and Recommendation, Judge Vescovo recommends that Plaintiff Ethelene Jones' complaint (ECF No. 1) be dismissed without prejudice for failure to properly complete the *in forma pauperis* application or $400 civil filing fee. (ECF No. 9 at PageIDs 46-47.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections expired on October 9, 2017.[1] See Fed. Rs. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ.

---

[1] The Court has withheld entry of this order in order to allow for delays due to mailing and court processing.

P. 72(b) advisory committee notes.  On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 9) in its entirety.

Plaintiff Ethelene Jones's complaint and all claims asserted therein are hereby DISMISSED WITHOUT PREJUDICE.

**SO ORDERED**, this 3rd day of November, 2017.

                                              /s/ Jon P. McCalla
                                              JON P. McCALLA
                                              UNITED STATES DISTRICT JUDGE